[No. 27478-1-III.   Division Three.   June 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE C. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 08-1-00134-4, William D. Acey, J., entered October 6, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 28347-0-III.   Division Three.   June 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR GREGORY CANO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-8-00203-7, Douglas G. Anderson, J. Pro Tem., entered July 20, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 62044-4-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SOLOMON A. GELETA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03238-8, Catherine D. Shaffer, J., entered June 16, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 62061-4-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN WIEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07128-4, Dean Scott Lum, J., entered July 21, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.